**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-1553**

---

NATHANIEL E. DOZIER, JR.,

   Plaintiff - Appellant,

 and

DOZIER & ASSOCIATES, INC.,

   Plaintiff,

  v.

JERRY J. SKALSKY,

   Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Chief
District Judge.  (3:09-cv-00015-JRS)

---

Submitted:  September 10, 2009  Decided:  September 14, 2009

---

Before KING, DUNCAN, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nathaniel E. Dozier, Jr., Appellant Pro Se.  Charles Richard
Cranwell, CRANWELL MOORE & EMICK, PLC, Roanoke, Virginia, Mark
Quentin Emick, Jr., CRANWELL MOORE & EMICK, PLC, Vinton,
Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel E. Dozier, Jr., appeals the district court's order dismissing his civil action against Jerry Skalsky, a member of the Board of Supervisors of Prince George County, Virginia. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dozier v. Skalsky, No. 3:09-cv-00015-JRS (E.D. Va. Apr. 28, 2009). We deny Appellee's motion to dismiss the appeal or disregard Dozier's informal reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED